IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gallegos, Rodrigo

Printed: 5/20/08

Case Number: 07 B 14591
Judge: Wedoff, Eugene R
Filed: 8/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: April 30, 2008
Confirmed: October 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,887.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,724.82 |
| Trustee Fee: |  | 162.68 |
| Other Funds: |  | 0.00 |
| Totals: | 2,887.50 | 2,887.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,843.00 | 2,724.82 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 4. | Fremont Investment & Loan | Secured | 8,347.72 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 3,657.81 | 0.00 |
| 6. | B-Real LLC | Unsecured | 100.14 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 142.89 | 0.00 |
| 8. | B-Real LLC | Unsecured | 160.45 | 0.00 |
| 9. | Nicor Gas | Unsecured | 29.97 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 546.08 | 0.00 |
| 11. | Harris Trust & Savings Bank | Secured |  | No Claim Filed |
| 12. | Harris Bank | Secured |  | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 14. | CitiFinancial | Unsecured |  | No Claim Filed |
| 15. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 16. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 17. | Monogram Bank USA | Unsecured |  | No Claim Filed |
| 18. | CB USA | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,828.06 | $ 2,724.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 122.87 |
| 6.5% | 39.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gallegos, Rodrigo | Case Number: 07 B 14591 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/20/08 | Filed: 8/13/07 |

_____
$ 162.68

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

